UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
WESTERN UNION FINANCIAL SERVICES         :
INC.,                                    :    Case No. _____
                                         :
         Plaintiff,                      :
                                         :    **RULE 7.1 STATEMENT**
   v.                                    :
                                         :
METROPOLITAN CHECK CASHING, INC.,        :
BETHEX FEDERAL CREDIT UNION,             :
MIHUEL MOTA, and SELENE MUNOZ            :
                                         :
                                         :
         Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
```

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies that defendant Bethex Federal Credit Union (a private non-governmental party) has no corporate parents, affiliates or subsidiaries that are publicly held.  By Order of Conservatorship dated September 16, 2015, the National Credit Union Administration Board appointed itself Conservator of Bethex.  The National Credit Union Administration is an independent agency within the Executive Branch of the United States Government.

Dated: October 16, 2016

                                              /s/ Bruce H. Schneider
                                              Bruce H. Schneider
                                              STROOCK & STROOCK & LAVAN LLP
                                              180 Maiden Lane
                                              New York, New York 10038
                                              tel: (212) 806-5400
                                              fax: (212) 806-6006
                                              bschneider@stroock.com

                                              *Attorneys for Defendant National Credit Union*
                                              *Administration Board, as Conservator for Bethex*
                                              *Federal Credit Union*