Gondephe, P

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X
WESTERN UNION FINANCIAL SERVICES :
INC., : Index No. 1:15-cv-08177 (PGG)
:
Plaintiff, :
:
v. :
:
METROPOLITAN CHECK CASHING, INC., : **STIPULATION AND**
BETHEX FEDERAL CREDIT UNION, : ~~[PROPOSED]~~ **ORDER**
MIHUEL MOTA, and SELENE MUNOZ :
:
:
Defendants. :
---------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED,** by and among all of the parties, by their undersigned counsel, that the time for Defendant Bethex Federal Credit Union ("Bethex") to answer the complaint and the cross-claims against it is hereby extended through and including November 30, 2015; and

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in multiple counterparts, and by facsimile or pdf scan, each of which when so executed and delivered shall be deemed an original, but all of which when taken together shall constitute one and the same instrument.

Dated: October 23, 2015

LAW OFFICES OF DAVID J. FINKLER, P.C.

By_____
David J. Finkler
*Attorney for Plaintiff*
266 Harristown Road, Suite 203
Glen Rock, NJ 07452
(201) 689-0001

STROOCK & STROOCK & LAVAN, LLP

By_____
Bruce H. Schneider
*Attorneys for Defendant Bethex*
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

VENERUSO, CURTO, SCHWARTZ & CURTO, LLP

By: _____
Joseph R. Curto
*Attorney for Metropolitan Check Cashing, Inc.,
Mihuel Mota and Selene Munoz*
35 East Grassy Sprain Road, Suite 400
Yonkers, NY 10710
(914) 779-1100


**SO ORDERED.**

_____   Oct. 23, 2015
J. Paul G. Gardephe