Form 5 - SUITABLE WITH MAILING

ida

P474742

**STROOCK & STROOCK & LAVAN LLP**   STROOCK &STROOCK & LAVAN LLP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

WESTERN UNION FINANCIAL SERVICES INC.,

PLAINTIFF

- vs -

METROPOLITAN CHECK CASHING, INC., ETAL

DEFENDANT

index No. **1:15-CV-08177**
Date Filed
Office No. **900001/2102**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**DANIEL KNIGHT** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **21ST** day of **OCTOBER, 2015** **6:36PM** at
   **7 GLADSTONE COURT PH**
   **HIGHLAND HILLS NY 10930**
I served the **NOTICE OF REMOVAL AND APPLICATION FOR STAY WITH EXHIBITS, CIVIL COVER SHEET AND JUDGE RULES**
upon **MIHUEL MOTA**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **MARITZA MOTA, WIFE**
a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **BROWN** HAIR: **BROWN**
APP.AGE: **50** APP. HT: **5/4** APP. WT: **160**
OTHER IDENTIFYING FEATURES

On **10/27/2015** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the usual place of abode, last known residence of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

Sworn to before me this
27TH day of OCTOBER, 2015

FANISHA GREEN
Notary Public, State of New York
No. 01GR6312613
Qualified in KINGS COUNTY
Commission Expires 10/06/2018

DANIEL KNIGHT
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SSL-474742

2a