Form 4 - PERSONAL

P474744

**STROOCK & STROOCK & LAVAN LLP**   STROOCK &STROOCK & LAVAN LLP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES INC., | index No. **1:15-CV-08177** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **900001/2102** |
| METROPOLITAN CHECK CASHING, INC., ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**RIGOBERTO J. OCASIO JR.** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22ND** day of **OCTOBER, 2015 4:49PM** at
    **2302 HERMONY AVENUE**
    **BRONX NY 10473**
I served the **NOTICE OF REMOVAL AND APPLICATION FOR STAY WITH EXHIBITS, CIVIL COVER SHEET AND JUDGE RULES**
upon **SELENE MUNOZ**
the **DEFENDANT** therein named by delivering and leaving a true copy or copies of the aforementioned documents with **SELENE MUNOZ**
said **DEFENDANT** personally.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **BROWN** HAIR: **BURGUNDY**
APP.AGE: **40** APP. HT: **5/4** APP. WT: **160**
OTHER IDENTIFYING FEATURES


Sworn to before me this
23RD day of OCTOBER, 2015

LISA M. HAGERMAN
Notary Public, State of New York
No. 01HA4967184
Qualified in NEW YORK
Commission Expires 08/02/2018

JOSHUA ISSAC BURKE
Notary Public, State of New York
No. 01BU6315298
Qualified in Kings County
Commission Expires Nov. 24, 2018

RIGOBERTO J. OCASIO JR. 1340466
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SSL-474744

2a