UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | X | |
| WESTERN UNION FINANCIAL SERVICES INC., | : | Index No. 1:15-cv-08177 (PGG) |
| Plaintiff, | : | |
| v. | : | |
| METROPOLITAN CHECK CASHING, INC., BETHEX FEDERAL CREDIT UNION, MIHUEL MOTA, and SELENE MUNOZ | : | **AFFIDAVIT OF SERVICE** |
| Defendants. | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | X | |



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
―――――――――――――――――――――――――――― x
WESTERN UNION FINANCIAL SERVICES INC., :
: Bronx County Clerk
Plaintiff, :
:
v. : Case No. 300710/14
:
METROPOLITAN CHECK CASHING, INC., :
BETHEX FEDERAL CREDIT UNION, MIHUEL MOTA, : **NOTICE OF**
and SELENE MUNOZ : **NOTICE OF REMOVAL**
:
Defendants. :
:
―――――――――――――――――――――――――――― x

NY 75903151v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

——————————————————————— x

WESTERN UNION FINANCIAL SERVICES INC.,

      Plaintiff,

    v.

METROPOLITAN CHECK CASHING, INC.,
BETHEX FEDERAL CREDIT UNION, MIHUEL MOTA,
and SELENE MUNOZ

      Defendants.

——————————————————————— x

Case No. 300710/14

**<u>AFFIDAVIT OF SERVICE</u>**

Paula O'Brien, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Park Ridge, NJ.

2. On October 16, 2015, deponent mailed (i) the Notice of Removal dated October 16, 2015, and all exhibits attached thereto, (ii) the Civil Cover Sheet dated October 16, 2015, (iii) Defendants' Rule 7.1 Corporate Disclosure Statement dated October 16, 2015, and (iv) the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York dated June 8, 2015 (updated September 1, 2015), to be served on the 16th day of October 2015, on the following:

  LAW OFFICES OF DAVID J. FINKLER, P.C.
  David J. Finkler
  266 Harristown Road, Suite 203
  Glen Rock, NJ 07452
  (201) 689-0001
  Attorney for Plaintiff Western Union Financial Services, Inc

NY 75903285v1

by mailing the same to the above address by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper under the exclusive care and custody of Federal Express for overnight delivery.

_____

PAULA O'BRIEN

Sworn to before me this
19th day of November, 2015

_____

Notary Public

WILLA JEANNE KIRITZ
NOTARY PUBLIC, State of New York
No. 01KI4706266
Qualified in New York County
Commission Expires December 31, 2017

- 2 -

NY 75903285v1