Form 19 - SECRETARY OF STATE



**STROOCK & STROOCK & LAVAN LLP**  STROOCK &STROOCK & LAVAN LLP
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK

WESTERN UNION FINANCIAL SERVICES INC.,
                                                    PLAINTIFF
                                  - vs -
METROPOLITAN CHECK CASHING, INC., ETAL
                                                    DEFENDANT

Index No. **1:15-CV-08177**
Date Filed
Office No. **900001/2102**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the **23RD** day of **OCTOBER, 2015** at **10:00 AM** at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**NOTICE OF REMOVAL AND APPLICATION FOR STAY WITH EXHIBITS, CIVIL COVER SHEET AND JUDGE RULES UPON: METROPOLITAN CHECKS CASHING, CORP. S/H/A METROPOLITAN CHECK CASHING, INC.
the DEFENDANT** in this action, by delivering to and leaving with
**SUE ZOUKY, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of 40.00 . That said service was made pursuant to Section 306 BCL.

Deponent further describes the person actually served as follows:
SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
APP.AGE: **55** APP. HT: **5/1** WEIGHT: **150**
OTHER IDENTIFYING FEATURES:

COMMENTS:
Sworn to before me this
04TH day of NOVEMBER, 2015

LISA M. HAGERMAN
Notary Public, State of New York
No. 01HA4967184
Qualified in NEW YORK
Commission Expires 08/02/2018

STEVE AVERY
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-SSL-474740

2a