UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES, INC., | |
| Plaintiff, | Index No. 1:15-cv-08177 (PGG) |
| -against- | **NOTICE OF MOTION** |
| METROPOLITAN CHECK CASHING, INC., BETHEX FEDERAL CREDIT UNION, MIHUEL MOTA and SELENE MUNOZ, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declaration of Bruce H. Schneider dated December 7, 2015, and all exhibits thereto, National Credit Union Administration Board, as Conservator of Defendant Bethex Federal Credit Union ("Bethex"), by and through the undersigned counsel, hereby moves this Court before the Honorable Paul G. Gardephe , United States District Judge for the Southern District of New York, at the United States Courthouse located at 40 Foley Square, Room 705, New York, New York 10007, at a date and time as the Court may direct, for an order, pursuant to Local Rule 6.3, granting reconsideration of the of the Decision and Order of the Supreme Court, Bronx County, dated June 30, 2015 issued in <u>Western Union Financial Services, Inc. v. Metropolitan Check Cashing, Inc., et al.</u>, Index No. 300710/14 denying Bethex's motion to dismiss and granting such further relief as the Court deems proper and just.

Dated: New York, New York
December 7, 2015

                                                   **STROOCK & STROOCK & LAVAN LLP**

By: /s/ _____
Bruce H. Schneider
Michele L. Pahmer
Deana S. Stein
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

*Attorneys for National Credit Union Administration Board, as Conservator of Defendant Bethex Federal Credit Union*