UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES, INC.,<br><br>       Plaintiff,<br><br>  -against-<br><br>METROPOLITAN CHECK CASHING, INC., BETHEX FEDERAL CREDIT UNION, MIHUEL MOTA and SELENE MUNOZ,<br><br>       Defendants. | Index No. 1:15-cv-08177 (PGG) |

### DECLARATION OF BRUCE H. SCHNEIDER IN SUPPORT OF MOTION FOR RECONSIDERATION BY THE NATIONAL CREDIT UNION ADMINISTRATION BOARD, AS CONSERVATOR OF DEFENDANT BETHEX FEDERAL CREDIT UNION

**BRUCE H. SCHNEIDER**, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, under penalty of perjury, hereby declares the following to be true:

1. I am a member of the law firm Stroock & Stroock & Lavan LLP, counsel for National Credit Union Administration Board ("NCUA"), as Conservator of Defendant Bethex Federal Credit Union ("Bethex"). I submit this Declaration in support of Bethex's Motion for Reconsideration.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Fredery Fernandez, sworn to on April 28, 2014, in Support of Bethex Federal Credit Union's Motion to Dismiss Complaint and Cross Claims ("Fernandez Affidavit") and Exhibits A-H thereto submitted in the state court action <u>Western Union Financial Services, Inc. v. Metropolitan Check Cashing, Inc. et al.</u>, Index No. 300710/2014.

Dated: December 7, 2015
      New York, New York

/s/
Bruce H. Schneider, Esq.