UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
WESTERN UNION FINANCIAL SERVICES        :
INC.,                                   :    Case No. 1:15-cv-08177
                                        :
              Plaintiff,                :
                                        :
      v.                                :    CERTIFICATE OF SERVICE
                                        :
METROPOLITAN CHECK CASHING, INC.,       :
BETHEX FEDERAL CREDIT UNION,            :
MIHUEL MOTA, and SELENE MUNOZ           :
                                        :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

I hereby certify that I caused a true and correct copy of (i) Bethex Federal Credit Union's Motion for Reconsideration, dated December 7, 2015, memorandum of law, and all declarations and exhibits thereto, (ii) a Letter to Judge Gardephe, dated December 7, 2015, (iii) a copy of the Individual Rules of Practice of Judge Gardephe (updated November 23, 2015), and (iv) the Notice of Pre-Trial Conference (ECF Doc. 11) to be served on the 8th day of December 2015, by Federal Express overnight delivery on each the following:

    Law Offices of David J. Finkler, P.C.
    David J. Finkler
    266 Harristown Road, Suite 203
    Glen Rock, NJ 07452
    (201) 689-0001
    *Attorney for Plaintiff Western Union Financial Services, Inc.*

    Veneruso, Curto, Schwartz & Curto, LLP
    Joseph R. Curto
    85 East Grassy Sprain Road, Suite 400
    Yonkers, NY 10710
    (914) 779-1100
    *Attorney for Defendants Metropolitan Check Cashing, Inc., Mihuel Mota, and Selene Munoz*

**DATED:**   New York, New York
December 8, 2015

          **STROOCK & STROOCK & LAVAN LLP**

          By:   /s/ _____
                Bruce H. Schneider
                180 Maiden Lane
                New York, NY 10038
                (212) 806-5400

          *Attorneys for Defendant National Credit Union Administration Board, as Conservator for Bethex Federal Credit Union*