```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: _1/11/16_                │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

WESTERN UNION FINANCIAL SERVICES, INC.

      Plaintiff,

-against-

METROPOLITAN CHECK CASHING, INC.,
BETHEX FEDERAL CREDIT UNION, MIHUEL
MOTA and SELENE MUNOZ,

      Defendant.

------------------------------------------------------------------X

INDEX NO. 15-08177 (PGG)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, between and among the parties hereto, by and through their undersigned counsel, that the time for Plaintiff to Western Union Financial Services to respond the Motion filed by Plaintiff Bethex for Reconsideration is hereby extended through and including January 20, 2016; and any reply papers is hereby extended to February 11, 2016.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in multiple conterparts, and by facsimile or pdf scan, each of which when so executed and delivered shall be deemed an original, but all of which when together shall constitute one and the same instrument.

LAW OFFICES OF DAVID J. FINKLER, P.C

By: /s/ David j. Finkler
    David J. Finkler
Attorney For Plaintiff
266 Harristown Road, Suite 203
Glen Rock, NJ 07452
(201) 689-0001

STROOCK & STROOCK & LAVAN, LLP

By: /s/ Michele L. Pahmer
    Michele L. Pahmer
Attorney for Defendant Bethex
180 Maiden Lane
New York, NY 10038
(212) 806-5400

VENERUSO, CURTO, SCHWARTS & CURTO, LLP

By: /s/ Joseph R. Curto
      Joseph R. Curto
Attorney for Metropolitan Check Cashing, Inc
Mihuel Mota and Selene Munoz
35 East Grassy Sprain Road, Suite 400
Yonkers, NY 10710

So Ordered this, 11th day of January, 2016.

Paul A Gardephe
U.S.D.J.