UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTERN UNION FINANCIAL
SERVICES INC.,

                Plaintiff,

- against -

METROPOLITAN CHECK CASHING,
INC., BETHEX FEDERAL CREDIT
UNION, MIHUEL MOTA, and SELENE
UNOZ

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 19, 2016

**ORDER**

15 Civ. 8177 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the initial pretrial conference presently scheduled for January 21, 2016 is adjourned to **Thursday, March 3, 2016 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 19, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge